IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRANDON MICHAEL BLACK, § | |
| TDCJ NO. 01636419 § | |
| § | |
| *Petitioner,* § | |
| § | |
| v. § | Civil Action No. 3:18-CV-0376 |
| § | |
| LORIE DAVIS, Director § | |
| Texas Department of Criminal Justice § | |
| Correctional Institutions Division, § | |
| *Respondent.* § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This notice is filed to inform the Court that the undersigned attorney will be acting as lead counsel in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jessica Manojlovich

*Lead Counsel        JESSICA MANOJLOVICH*
JESSICA MANOJLOVICH*
Assistant Attorney General
State Bar No. 24055632
Southern ID No. 783178

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been served by placing it in the United States mail, postage prepaid, on December 28, 2018, addressed to:

Brandon Michael Black
TDCJ No. 1636419
Connally
899 FM 632
Kenedy, TX 78119

 s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General